UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALCOLM CLEVER,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

                                    /

Case No. 14-13473

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION [23], GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [21], AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [18]**

This matter comes before the Court on the Magistrate Judge's report and recommendation. (Dkt. 23.) The Magistrate Judge recommends granting Defendant's motion for summary judgment and denying Plaintiff's motion for summary judgment. (Dkt. 21, 18.) Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The Court nevertheless agrees with the Magistrate Judge's recommendation.

Being fully advised in the premises, having read the pleadings, and for the reasons set forth above, the Court ACCEPTS and ADOPTS the Magistrate Judge's report and recommendation, and therefore DENIES Plaintiff's motion for summary judgment, GRANTS Defendant's motion for summary judgment, and this case is hereby DISMISSED.

    So ordered.

        s/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated: March 22, 2016

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 22, 2016, by electronic and/or ordinary mail.

        s/Carol J. Bethel
        Case Manager